USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THE BROADWAY LEAGUE, INC.,

                      Plaintiff,

       - against -

BERNARD TELSEY CASTING, INC., *et al.*,

                    Defendants.

------------------------------------------------------------------X

**MEMORANDUM ENDORSED**

No. 1:17-cv-9515 (GHW) (KHP)

## STIPULATION OF DISMISSAL

WHEREAS, on December 5, 2017, Plaintiff, The Broadway League filed a complaint in the above-captioned action against Defendants, Bernard Telsey Casting, Inc., Tara Rubin Casting Company, Caparelliotis Casting, Inc., Jim Carnahan Casting, Inc., Calleri Casting, Inc., Cindy Tolan Casting, LLC, Stewart/Whitley Casting LLC, the Casting Society of America, and the International Brotherhood of Teamsters Theatrical Drivers and Helpers Local 817 ("Defendants");

WHEREAS, this action has been settled;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel of record to all parties to this action, as follows:

This action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a), without costs or attorneys' fees to any party hereto.

Dated June 21, 2018                                      Respectfully submitted:

PLAINTIFF BY ITS ATTORNEYS                               DEFENDANTS BY THEIR ATTORNEYS

_____                          _____
Colin R. Kass                                            Michael C. Dell'Angelo
Proskauer Rose LLP                                       Berger & Montague P.C.
10001 Pennsylvania Avenue, N.W.                          1622 Locust Street
Washington, DC 20004                                     Philadelphia, PA 19103

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: June 27, 2018
New York, New York           _____
                             GREGORY H. WOODS
                             United States District Judge